No. 94–1306. ESTATE OF RAVETTI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1324. SLUYS ET AL. *v.* GRANT ET AL. C. A. 2d Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1325. JACKSON ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1338. BOLIVAR *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–1349. PEEVY ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–6289. NEELLEY *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied. ▮▮▮▮▮▮

No. 94–6720. KOKORALEIS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. ▮▮▮▮▮▮

No. 94–6785. KIKUMURA *v.* TURNER, WARDEN. C. A. 7th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–6896. CARTER *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. ▮▮▮▮▮▮

No. 94–6935. DUKES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–7205. CUNNINGHAM *v.* OREGON. Sup. Ct. Ore. Certiorari denied. ▮▮▮▮▮▮

No. 94–7209. SHERROD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮▮▮▮▮▮

No. 94–7330. GARCIA *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. ▮▮▮▮▮▮

No. 94–7530. GRIFFIN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. ▮▮▮▮▮▮

No. 94–7595. SMITH *v.* WIDNALL, SECRETARY OF THE AIR FORCE. C. A. 11th Cir. Certiorari denied.

No. 94–7603. FOX *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. ▮▮▮▮▮▮